UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| FREDERICK REED, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CASE NO. 1:04-CV-344-TS |
| CECIL DAVIS, | ) ) ) | |
| Respondent. | ) | |

**OPINION AND ORDER**

Petitioner Frederick Reed, a prisoner confined at the Indiana State Prison, submitted a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254, challenging his conviction for murder. On April 18, 2005, the court denied Mr. Reed's petition on the merits.

On July 20, 2005, Mr. Reed filed a letter in which he asks the court to reconsider its ruling or alternatively to allow him to file a second petition for writ of habeas corpus. This letter was not in the form of a motion and was not served on opposing counsel as required under Rule 5(a), Federal Rules of Civil Procedure.

Because the petitioner's request for reconsideration was filed more than ten days after entry of judgment, the court must consider it as a motion for relief under Fed. R. Civ. P. 60(b) rather than as a motion filed pursuant to Fed. R. Civ. P. 59(e). Because Mr. Reed does not present any proper justification for reconsideration under Rule 60(b), the court must deny his request for reconsideration of the denial of his petition for writ of habeas corpus.

As to his request for leave to file a second petition for writ of habeas corpus dealing with his conviction, it is clearly established that a state prisoner may, as of right, bring only one application for federal collateral relief. 28 U.S.C. § 2244(a); *Felder v. McVicar*, 113 F.3d 696, 698 (7th Cir.

1997). In order to file a second and successive petition for writ of habeas corpus, after having had one petition denied on the merits, Mr. Reed must request permission from the United States Court of Appeals for the Seventh Circuit. 28 U.S.C. § 2244(b)(3)(A).

For the foregoing reasons, the court DENIES the petitioner's request to reconsider the denial of his petition or allow him to file a second or successive petition (docket #22). The petitioner may request permission from the United States Court of Appeals for the Seventh Circuit to file a second and successive petition for writ of habeas corpus. The court DENIES the petitioner's motions for rulings on pending motions (dockets ##27 and 32) as moot.

SO ORDERED on February 3, 2006.

   /s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT